UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JACOB J. SARDELLA,

        Plaintiff,

-against-

STATE FARM FIRE AND CASUALTY COMPANY,

        Defendant.
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

No. 5:22-CV-01361(FJS/TWD)

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Jacob J. Sardella, and Defendant, State Farm Fire and Casualty Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action and all claims against State Farm Fire and Casualty Company, are hereby DISMISSED WITH PREJUDICE, and with each party bearing their own attorneys' fees and costs.

Dated: April 8, 2024

**LYNN LAW FIRM LLP**
*Attorney for Plaintiff*

*Kelsey W. Shannon*
Kelsey W. Shannon, Esq.
333 W. Washington Street, Suite 100
Syracuse, NY 13202
Tel. (315) 474-1267
Email: kshannon@lynnlaw.com

Dated: April 8, 2024

**BARCLAY DAMON, LLP**
*Attorneys for Defendant*

Mark T. Whitford, Jr., Esq.
2000 Five Star Bank, Plaza
100 Chestnut Street
Rochester, NY 14604
Tel. (585) 295-8404
Email: mwhitford@barclaydamon.com

**IT IS SO ORDERED.**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: April 10, 2024